IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Daniel Graf, Cassandra Franse, and Amber Warren, individually and on behalf of all others similarly situated under 29 U.S.C. § 216(b)**<br><br>*Plaintiffs,*<br><br>v.<br><br>**Perry's Restaurants LTD d/b/a Perry's Steakhouse and Grille; and Christopher V. Perry, individually**<br><br>*Defendants.* | No.  1:26-cv-41<br><br>PLAINTIFFS' NOTICE OF RELATED CASE |

Plaintiffs notify the Court that this case is substantially similar and related to a case that is pending in the United States District Court for the Western District of Texas, Austin Division before the Honorable Judge Pitman. *See Paschal et al. v. Perry's Rests. Ltd., et al.*, No. 1:22-CV-27-RP (W.D. Tex. filed Jan. 11, 2022) (Pitman, J.). The plaintiffs in *Paschal v. Perry's Rests. Ltd.* are represented by the same attorneys representing the Plaintiffs in this case and assert nearly identical claims under the Fair Labor Standards Act against the same two Defendants, Perry's Restaurants LTD. and Christopher V. Perry.

\*    \*    \*

Respectfully submitted,

By: */s/ Drew N. Herrmann*
    Drew N. Herrmann
    Texas Bar No. 24086523
    drew@herrmannlaw.com
    Pamela G. Herrmann
    Texas Bar No. 24104030
    pamela@herrmannlaw.com

**HERRMANN LAW, PLLC**
801 Cherry St., Suite 2365
Fort Worth, TX 76102
Phone: 817-479-9229
Fax: 817-840-5102

-AND-

Harold L. Lichten
Anticipated pro hac vice
hlichten@llrlaw.com
Matthew Thomson
Anticipated pro hac vice
mthomson@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Phone: (617) 994-5800

ATTORNEYS FOR PLAINTIFFS
AND OPT-IN PLAINTIFFS

2